FILED
DEC - 4 2024
DAVID CREWS, CLERK
By Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL CASE NO. 3:24-CR-** 152

**YOHANNES TEKIE GEBREZGHI**

**18 U.S.C. § 922(a)(1)(A)**
**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(a)(8)**
**18 U.S.C. § 924(n)**
**18 U.S.C. § 933(a)(2)**
**18 U.S.C. § 933(b)**

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about September 26, 2023, in the Northern District of Mississippi, YOHANNES TEKIE GEBREZGHI, defendant, knowing that he had been previously convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more of the following firearms, in and affecting interstate commerce, to wit:

| Make/Type | Model | Caliber |
|---|---|---|
| Intratec semi-automatic pistol | AB10 | 9mm |
| HS Produkt (Springfield Armory) semi-automatic pistol | XD-45ACP Tactical | .45 |
| Smith & Wesson revolver | 642 Airweight | .38 |
| Taurus, semi-automatic pistol | PT1911 | .45 ACP |
| Taurus International, semi-automatic pistol | PT738 TCP | .380 |
| North American Arms, semi-automatic pistol | Guardian | .380 ACP |
| Haskel Mfg. Inc., (Hi-Point Firearms), semi-automatic pistol | JHP | .45 ACP |
| Sturm, Ruger & Company Inc., semi-automatic pistol | P95 | 9mm |

| | | |
|---|---|---|
| Sturm, Ruger & Company Inc., semi-automatic pistol | P89 | 9mm |
| Sturm, Ruger & Company Inc., semi-automatic pistol | P89 | 9mm |
| Romarm/Cugir, semi-automatic weapon made from a rifle | GP/WASR-10/63 | 7.62x39 mm |
| Strassell's Machine Inc., (Hi-Point Firearms), semi-automatic rifle | 995 | 9mm |
| Smith & Wesson, semi-automatic pistol | M&P15-22P | .22 Long Rifle |

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

From on or about August 27, 2023, to on or about September 26, 2024, in the Northern District of Mississippi, YOHANNES TEKIE GEBREZGHI, defendant, with the intent to engage in conduct that constitutes a violation of 18 U.S.C. § 922(a)(1)(A), unlawful dealing in firearms, did travel from California into North Carolina and acquired and attempted to acquire firearms and thereafter traveled through Mississippi with the firearms in furtherance of the purpose of and in furtherance of his business of reselling the firearms for a profit in California. All in violation of Title 18, United States Code, Section 924(n).

## COUNT THREE

From on or about August 27, 2023, to on or about September 26, 2023, in the Northern District of Mississippi and elsewhere, YOHANNES TEKIE GEBREZGHI, defendant, did knowingly receive from another person, in or otherwise affecting interstate or foreign commerce, one or more firearms listed in Count One of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, that is: Title 18, United States Code, Section 922(g)(1). All in violation of Title 18, United States Code, Section 933(a)(2).

## FORFEITURE NOTICE

The allegations contained in Counts One, Two and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count One, Title 18, United States Code, Section 924(n), set forth in Count Two, and Title 18, United States Code, Section 933(a)(2), set forth in Count Three of this Indictment, YOHANNES TEKIE GEBREZGHI, defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

/s/ Redacted Signature
FOREPERSON

CLAY JOYNER
UNITED STATES ATTORNEY