RECEIVED
DEC - 4 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL CASE NO. 3:24-CR-** 152

**YOHANNES TEKIE GEBREZGHI**

**18 U.S.C. § 922(a)(1)(A)**
**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(a)(8)**
**18 U.S.C. § 924(n)**
**18 U.S.C. § 933(a)(2)**
**18 U.S.C. § 933(b)**

## PENALTIES

### Count One
### 18 U.S.C. §§ 922(g)(1), 924(a)(8)

| | |
|---|---|
| Not more than 15 years imprisonment | 18 U.S.C. § 924(a)(8); |
| Not more than $250,000 fine, or both | 18 U.S.C. § 3571(b)(3); |
| Not more than 3 years supervised release | 18 U.S.C. § 3583(b)(2); |
| $100 mandatory special assessment | 18 U.S.C. § 3013(a)(2)(A). |

**If offender is classified pursuant to the Armed Career Criminal Act, then the penalties are as follows:**

| | |
|---|---|
| Not less than 15 years imprisonment, but not more than life imprisonment | 18 U.S.C. § 924(e)(1); |
| Not more than $250,000 fine | 18 U.S.C. § 3571(b)(3); |
| Not more than 5 years supervised release | 18 U.S.C. § 3583(b)(1); |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A). |

### Count Two
### 18 U.S.C. § 924(n)

| | |
|---|---|
| Not more than 10 years imprisonment | 18 U.S.C. § 924(n); |
| Not more than $250,000 fine, or both | 18 U.S.C. § 3571 (b)(3); |
| Not more than 3 years supervised release | 18 U.S.C. § 3583(b)(2); |
| $100 mandatory special assessment | 18 U.S.C. § 3013(a)(2)(A). |

### Count Three
### 18 U.S.C. §§ 933(a)(2) and (b)

| | |
|---|---|
| Not more than 15 years imprisonment | 18 U.S.C. § 933(b) |
| Not more than $250,000 fine, or both | 18 U.S.C. § 3571 (b)(3); |
| Not more than 3 years supervised release | 18 U.S.C. § 3583 (b)(2); |
| $100 special assessment | 18 U.S.C. § 3013 (a)(2)(A). |