**CRIMINAL CASE COVER SHEET** **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**

City New Albany

County Union

RECEIVED
DEC - 4 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding Indictment NO Case Number ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number ______

Search Warrant Case Number ______

R20/R40 from District of ______

Related Criminal Case Number ______

**Defendant Information:**

Juvenile: ☐ Yes ☑ No If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name Yohannes Tekie Gebrezghi

Alias Name ______

Address Sacramento, CA 95826

DOB 1985 SS# 4166 Sex M Race B Nationality ______

Represented by: ______

Interpreter: ☐ Yes ☑ No List Language and/or dialect: ______

**Location Status:**

Arrest Date 9/27/2023

☐ Already in Federal Custody as of ______(Date) in ______(Location)
☐ Already in State Custody
☑ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 3 ☐ Petty ☐ Misdemeanor ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:922G | Felon in possession of firearm | 1 |
| Set 2 18:924N | Interstate travel to acquire firearms | 2 |
| Set 3 18:933 | Firearms trafficking | 3 |
| Set 4 | | |

**U.S. Attorney Information:** AUSA Julie H. Addison Bar # 103573

Date: 12/4/2024 Signature of AUSA [signature]

**District Court Case Number:**
**(To be entered by Clerk)** 3:24CR 152